THOMAS E. FRANKOVICH (State Bar #074414)
THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*
1165 Hoff way, #205
Orland, CA 95963
Telephone: 415-389-8600
Direct Cell: (530) 824-1000
Email: tfrankovich@disabilitieslaw.com

Attorney for Plaintiff
BRENDA PICKERN

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA PICKERN,<br><br>    Plaintiff,<br><br>v.<br><br>LA CORONA, et al.,<br><br>    Defendant. | CASE NO. 2:18-cv-02318-MCE-DMC<br><br>**STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271** |

Pursuant to Local Rule 271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.

Dated: January 28, 2020                By */s/ Thomas E. Frankovich*
                                        Thomas E. Frankovich
                                        Attorney for Plaintiff

Dated: January 28, 2020                By: */s/ Mark Emmett*
                                        Mark Emmett
                                        Attorney for Defendant

IT IS SO ORDERED.

DATED: January 31, 2020

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---
**Stipulation**                                                      **CASE NO. 2:18-CV-2318-MCE-DMC**

1